UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY PINON-GUTIERREZ, | No. 2:15-cv-00343-KJM-AC |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA HIGHWAY PATROL, et al., | |
| Defendant. | |

In an order filed by the court on August 24, 2015, a status conference was set for November 12, 2015, and the parties were instructed to file a joint status report at least seven (7) days prior to the conference.  The parties filed their joint status report on October 2, 2015, but there was no appearance by plaintiff's counsel Mr. Benjamin A. Williams at the November 12, 2015 conference.

Plaintiff's counsel, in an email sent to the courtroom deputy on November 13, 2015, indicated he forgot to calendar the new date of the pretrial scheduling conference, and was ill at the time of the conference.  While a failure to remember does not generally provide good cause, Mr. Williams' prompt response to his failure to appear and the tenor of his response persuade the court that the order to show cause it issued from the bench should be discharged.

IT IS SO ORDERED.

DATED:  November 30, 2015.

_____
UNITED STATES DISTRICT JUDGE

1