IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY PINON-GUTIERREZ, | ) Case No.: 2:15-cv-00343-KJM-AC |
| Plaintiff, | ) **ORDER GRANTING REQUEST FOR** |
| | ) **EXTENSION OF DISCOVERY CUT-OFF** |
| vs. | ) **TIME** |
| CALIFORNIA HIGHYWAY PATROL | ) |
| OFFICER N. LAYTON IN HIS | ) |
| PERSONAL/INDIVIDUAL CAPACITY, | ) |
| et al., | |
| Defendants. | |

FOR GOOD CAUSE SHOWN, the court grants Plaintiff's request for a extension of the discovery cut-off date for purposes of taking Defendant's Depositions ONLY, previously set for April 26, 2016 to May 20, 2016.

Dated: May 3, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE