UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY PINON-GUTIERREZ, | No. 2:15-cv-00343-KJM-AC |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA HIGHWAY PATROL, et al., | |
| Defendants. | |

Plaintiff Wendy Pinon-Gutierrez filed her complaint in this case against the California Highway Patrol, Highway Patrol Officers Layton and Brown, and several Doe defendants. ECF No. 1.

In June 2015, the court granted the parties' stipulated request to dismiss the claims against the California Highway Patrol. *See* Stip., ECF No. 9; Minute Order, ECF No. 10.

In September 2015, the court granted Officer Layton's motion to dismiss the claim against him under California Civil Code section 52.1 (the Bane Act). ECF No. 14. The court also warned plaintiff "that Federal Rule of Civil Procedure 4(m) is applicable to Doe defendants" and provides that "the court must dismiss defendants who have not been served within 120 days after the filing of the complaint unless good cause is shown." *Id.* at 2 n.1.

1

1        In November 2015, the court ordered service to be completed on Officer Brown by
2 December 9, 2015. ECF Nos. 19 & 20. Service has not been completed on Officer Brown.
3        On June 29, 2016, the parties filed a stipulation requesting "dismissal of this mater
4 against Nick Layton with prejudice." ECF No. 23. Despite their reference only to the claims
5 against Officer Layton, the parties reported they had "reached a resolution of this matter"
6 generally. *See id.*
7        The court therefore orders as follows:
8        (1) The claims against the Doe defendants and Officer Brown are dismissed for
9 failure to prosecute **without prejudice**, as service has not been completed as provided by Federal
10 Rule of Civil Procedure 4, as noted in this court's previous orders. *See, e.g.*, *Chambers v.*
11 *NASCO, Inc.*, 501 U.S. 32, 44 (1991) (a district court may dismiss abandoned claims on its own
12 motion); *In re Phenylpropanolamine (PPA) Products Liab. Litig.*, 460 F.3d 1217, 1226 (9th Cir.
13 2006) (listing the criteria the court considers when deciding whether to dismiss).
14        (2) Due to the parties' negotiated resolution, this matter is dismissed **with**
15 **prejudice** against Officer Layton, each party bearing his or her own costs.
16        (3) This order CLOSES THE CASE.
17        IT IS SO ORDERED.
18  DATED: July 6, 2016

_____
UNITED STATES DISTRICT JUDGE